# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Michael Prushko
                 Plaintiff(s),

       v.

Rite Aid Corp.
                 Defendant(s).

                     /

CASE NO. C 15-01437 EMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)* Private mediation

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*
- ☒ other requested deadline   Parties already attempted private mediation; parties request that any future ADR deadline be set in conjunction with the cases pending in other jurisdictions.

Dated: July 30, 2015.

Dated: July 30, 2015.

/s/ Michael Righetti
 Attorney for Plaintiff
 Michael Righetti

/s/ Rishi N. Sharma
 Attorney for Defendant
 Rishi N. Sharma

CONTINUE TO FOLLOWING PAGE


American LegalNet, Inc.
www.FormsWorkFlow.com

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.
   Private mediation is to be completed within 90 days from the date of this order.

Dated:   8/6/15



Judge Edward M. Chen

UNITED STATES DISTRICT JUDGE
EDWARD M. CHEN

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

American LegalNet, Inc.
www.FormsWorkFlow.com