1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiff
6  Michael Prushko

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
8  GINA GUARIENTI COOK (Cal. State Bar No. 245611)
   SOPHIE J. SUNG (Cal. State Bar No. 279056)
9  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
10 San Francisco, California  94105-3441
   Telephone:     (415) 856-7000
11 Facsimile:     (415) 856-7100
   jeffwohl@paulhastings.com
12 rishisharma@paulhastings.com
   ginacook@paulhastings.com
13 sophiesung@paulhastings.com

14 Attorneys for Defendant
   Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRUSHKO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. C 15-01437 EMC<br><br>**[PR~~OPO~~SED] ORDER TO JOINT STIPULATION REGARDING POSTPONEMENT OF MEDIATION**<br><br>Judge:     Honorable Edward M. Chen<br>Dept.:      5<br><br>Complaint Filed:   November 24, 2014<br>Trial Date:           July 25, 2016 |

1 **[PR~~OPO~~SED] ORDER**

2      On the stipulation of the parties, and good cause appearing therefor,

3      IT IS ORDERED that the November 4, 2015 mediation completion deadline be vacated.

4      IT IS FURTHER ORDERED that the parties complete a mediation by January 29, 2016.

5 The December 22, 2015 status conference is reset for February 4, 2016 at 10:30 a.m.  An updated joint status report shall be filed by January 29, 2016.

6         November 2, 2015

7 Date: _____         _____
                                        HON. Honorable Edward M. Chen
8                                       UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*