1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI·GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California  94104
4  Telephone:  (415) 983-0900
   Facsimile:  (415) 397-9005
5
   Attorneys for Plaintiff
6  Michael Prushko

7  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
8  GINA GUARIENTI COOK (Cal. State Bar No. 245611)
   PAUL HASTINGS LLP
9  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
10 Telephone:     (415) 856-7000
   Facsimile:      (415) 856-7100
11 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
12 ginacook@paulhastings.com

13 Attorneys for Defendant
   Rite Aid Corporation
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRUSHKO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 15-01437 EMC<br><br>[~~PROPOSED~~] ORDER TO EXTEND DISCOVERY COMPLETION DEADLINE<br><br>Judge:     Honorable Edward M. Chen<br>Dept.:       5<br><br>Complaint Filed:   November 24, 2014<br>Trial Date:            July 25, 2016 |

**[PR~~OPO~~SED] ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the January 21, 2016 discovery completion deadline be vacated.

IT IS FURTHER ORDERED that the parties complete discovery by March 18, 2016.

All other deadlines including dispositive motions and trial remain.

Date: 11/30/15

Hon. Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LEGAL_US_W # 84283234.1

ORDER TO EXTEND DISCOVERY COMPLETION DEADLINE
U.S.D.C. N.D. Case No. C 15-01437 EMC