MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California  94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Attorneys for Plaintiff
Michael Prushko

JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
GINA GUARIENTI COOK (Cal. State Bar No. 245611)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105-3441
Telephone:   (415) 856-7000
Facsimile:   (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
ginacook@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PRUSHKO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 15-01437 EMC<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION<br><br>Judge:    Honorable Edward M. Chen<br>Dept.:    5<br><br>Complaint Filed:   November 24, 2014<br>Trial Date:           July 25, 2016 |

1   Pursuant to the stipulation of the parties, and good cause appearing therefor,

2   IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each

3   side to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

4   Dated: 1/12/16 .  _____
          Edward M. Chen
5         United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen